UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

TELMA GRISEL MALDONADO-VEGA

              Defendant.

- - - - - - - - - - - - - - - - -X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ FEB 17 2006 ★

BROOKLYN OFFICE

O R D E R

05-CR-0476 (JG)

     Defendant having established that he is entitled to the return of his property, and the government having no objection to the return of defendant's property, it is hereby ordered that the United States Customs Service return to defendant the property listed on the attached inventory form. Defendant has provided the United States Customs Service with the name and address of a party to whom the property can be sent on the attached property form. The United States Customs Service is directed to send the property to the person designated within three (3) weeks of the date of this Order.

Dated:    Brooklyn, New York
           2-9, 2006

                                    s/John Gleeson
                                    The Honorable John Gleeson
                                    United States District Judge
                                    Eastern District of New York