PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| DOCKET NUMBER (Tran. Court) |
|---|
| 05-CR-476 (JG) |
| DOCKET NUMBER (Rec. Court) |
| |

| NAME AND ADDRESS OF PROBATIONER SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Telma Maldonado-Vega<br>Calle Alcon Q-6<br>Vista Del Morro<br>Cataño, Puerto Rico 00962 | Eastern District of New York | Supervision |
| | NAME OF SENTENCING JUDGE | |
| | Honorable John Gleeson, U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 03/03/2006 | TO 03/02/2009 |

OFFENSE

Importation of Cocaine, in violation of 21 U.S.C. 952(a), 960(a)(1) and 960(b)(3)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 1 4 2006 ★

BROOKLYN OFFICE

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __EASTERN__ DISTRICT __NEW YORK__

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __DISTRICT OF PUERTO RICO__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

3-17-06
_____
Date

s/John Gleeson
_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT __PUERTO RICO__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4/26/06
_____
Effective Date

_____
United States District Judge